UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Hood, | File No. 09-cv-1752  DWF/RLE |
| Plaintiff, | |
| | **JOINT MOTION TO APPROVE** |
| v. | **SETTLEMENT AGREEMENT** |
| Yoh Services, LLC, and Glaxo Smith Kline, Inc., | **NO HEARING REQUESTED** |
| Defendants. | |

1. Plaintiff Linda Hood brought this lawsuit under the Fair Labor Standards Act, 29 U.S.C. § 216(b), alleging unpaid overtime.

2. Counsel for all parties commenced settlement negotiations and agreed to fully settle and resolve Plaintiff's claims in this litigation. The proposed settlement agreement is attached hereto as Exhibit A.

3. In a private action arising under the FLSA, the district court may approve the parties' settlement agreement and enter a stipulated judgment. *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350, 1353 (11th Cir. 1982).

4. Plaintiff and Defendants hereby move this Court for an Order approving the settlement agreement attached hereto as Ex. A, and entering final judgment dismissing Plaintiff's claims with prejudice and without costs to any party.

412546.1

Dated:  December 2, 2009             **s/ Dan Rasmus**_____
                                     Dan Rasmus (#0260289)
                                     RASMUS LAW OFFICE, L.L.C.
                                     333 South 7th Street
                                     Suite 3020
                                     Minneapolis, MN  55402
                                     Telephone:  (612) 746-0321
                                     drasmus@rasmuslaw.net

                                     **ATTORNEYS FOR PLAINTIFF
                                     LINDA HOOD**

Dated:  December 2, 2009             **s/ Susan E. Ellingstad**_____
                                     Susan E. Ellingstad (#243346)
                                     LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                                     100 Washington Avenue South, Suite 2200
                                     Minneapolis, MN 55401
                                     Telephone:  (612) 339-6900
                                     seellingstad@locklaw.com

                                     **ATTORNEYS FOR DEFENDANT YOH
                                     SERVICES, LLC**

412546.1

| | |
|---|---|
| Dated:  December 2, 2009 | **s/ Zebulon D. Anderson_____ _____**<br>Zebulon D. Anderson<br>SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL<br> & JERNIGAN, L.L.P.<br>P.O. Box 2611<br>Raleigh, NC 27602-2611<br>Telephone:  (919) 821-6672<br>zanderson@smithlaw.com<br><br>Elizabeth J. Citurs  (# 31478X)<br>Corey L. Gordon (#125726)<br>Mark R. Jundt<br>BLACKWELL BURKE P.A.<br>431 South Seventh Street, Suite 2500<br>Minneapolis, MN 55415<br>Telephone:  (612) 343-3200<br>eciturs@blackwellburke.com<br>cgordon@blackwellburke.com<br>mjundt@blackwellburke.com<br><br>**ATTORNEYS FOR DEFENDANT GLAXO SMITH KLINE** |

412546.1